IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00725-ZLW

PATRICK DURAY PORTLEY-EL,

Applicant,

v.

FRED FIGUEROA (Warden), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant, Patrick Duray Portley-El, currently is incarcerated at the North Fork Correctional Facility in Sayre, Oklahoma. On June 9, 2008, he submitted *pro se* a motion titled "Fed. R. Civ. P. Rule 59(e) Petition to Alter and Amend the Judgment in Order of Dismissal." The Court must construe the motion liberally because Mr. Portley-El is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Portley-El's motion, which was filed more than ten days after the judgment was entered, will be construed as a motion to reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice after Mr. Portley-El failed within the time allowed to cure all the deficiencies noted in Magistrate Judge Boyd N. Boland's April 9, 2008, order. Specifically, Mr. Portley-El failed within the time allowed either to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing or to pay the $5.00 filing fee. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Portley-El fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion will be denied. Mr. Portley-El is reminded that, because the instant action was dismissed without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the motion titled "Fed. R. Civ. P. Rule 59(e) Petition to Alter and Amend the Judgment in Order of Dismissal" that Applicant filed with the Court on June

9, 2008, and which the Court has construed as a motion to reconsider filed pursuant to Fed. R. Civ. P. 60(b), is denied.

DATED at Denver, Colorado, this 17 day of June, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00725-BNB

Patrick D. Portley-El
Prisoner No. 62950
Kit Carson Correctional Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/18/8

GREGORY C. LANGHAM, CLERK

By: _Angie_
Deputy Clerk